UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RA EL BEY | CIVIL ACTION NO. 19-cv-0793 |
| VERSUS | JUDGE DOUGHTY |
| ADRIAN PERKINS ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 11th day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE